UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANSANII FRAZIER, et al.,

    Plaintiffs,

v.

SAN FRANCISCO HUMAN SERVICES AGENCY, et al.,

    Defendants.

Case No. 18-cv-07168-RS

**ORDER TO SHOW CAUSE**

Pursuant to Rule 16(b) and Rule 26(f) of the Federal Rules of Civil Procedure, the parties were scheduled to submit a Case Management Conference Statement on July 25, 2019. Pro se Plaintiff Hansanii Frazier failed to do so. Additionally, Frazier failed to submit an opposition to Defendant Sheila Brogna's motion to dismiss, which was granted on June 28, 2019. (Dkt. 30.) Roya is therefore ordered to show cause, by appearing at a hearing at 1:30 PM on August 29, 2019 at 450 Golden Gate Avenue, Courtroom 3, 17th Floor, San Francisco, explaining why he believes this case should not be dismissed for lack of prosecution. Failure to respond to this order will result in dismissal of the case without further notice. The Case Management Conference currently scheduled for August 1, 2019 is VACATED.

**IT IS SO ORDERED**.

Dated: July 29, 2019

_____
RICHARD SEEBORG
United States District Judge